THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant, *v.* MARTHA A. GILBERT, as Executrix, etc., Respondent.

(Submitted January 23, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made April 19, 1887, which reversed a judgment in favor of plaintiff entered on a verdict and granted a new trial.

SICKELS—VOL. LXVII. 85

*Frederick Howard* for appellant.

*Charles B. Wheeler* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed and judgment accordingly.